No. 435.   Lev *v.* United States;
No. 436.   Wool *v.* United States; and
No. 437.   Rubin *v.* United States.   On petitions for
writs of certiorari to the United States Court of Appeals
for the Second Circuit.

In No. 435 the petition for writ of certiorari is granted
limited to questions 5, 6, and 7 presented by the petition
for the writ which read as follows:

"5. Is it proper for a reviewing court to make an exam-
ination *in camera* of a sealed summary of a witness's prior
statement to a government investigator furnished it by
the prosecutor and of *ex parte* affidavits pertaining to the

summary in order to determine whether the summary is discoverable under the provisions of Title 18 U. S. C., Section 3500, when no claim is made that it contained irrelevant or extraneous matter?

"6. Are not summaries and reports of prior statements made by witnesses to a government investigator available to the defendant under the provisions of Title 18 U. S. C., Section 3500?

"7. Does Title 18 U. S. C. Section 3500 provide the sole procedure by which such summaries and reports are to be made available to defendants?"

In No. 436 the petition for writ of certiorari is granted limited to question 2 presented by the petition for the writ which reads as follows:

"2. Whether the rights of the petitioner were substantially prejudiced when the trial court denied the motion of the defendants to direct the Government to produce a statement which a witness for the Government had previously given to government agents, in direct violation of this Court's decision in *Jencks* v. *U. S.,* 353 U. S. 657."

In No. 437 the petition for writ of certiorari is granted.

The cases are consolidated and a total of three hours is allowed for oral argument. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

*Anthony Bradley Eben* for petitioner in No. 435. *Albert H. Treiman* for petitioner in No. 436. *Isidor Enselman* for petitioner in No. 437. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. Reported below: 258 F. 2d 9.